# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alfredo Vargas Vega,<br>a.k.a.: Alfredo Vargas-Vega,<br>(A087 810 360)<br>*Defendant* | Case No. 17-6387MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 18, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On September 18, 2017, Alfredo Vargas Vega, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about April 5, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On September 18, 2017, at or near Phoenix, in the District of Arizona, Alfredo Vargas Vega, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 18, 2017, Alfredo Vargas Vega was arrested by the Peoria Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Vargas Vega was examined by ICE Officer K. Madill who determined Vargas Vega to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 6, 2017, Vargas Vega was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Vargas Vega was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alfredo Vargas Vega to be a citizen of Mexico and a previously deported criminal alien. Vargas Vega was removed from the United States to Mexico at or near San Ysidro, California, on or about April 5, 2017, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Vargas Vega in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Vargas Vega's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Alfredo Vargas Vega in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Vargas Vega presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Vargas Vega entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Vargas Vega's immigration history was matched to him by electronic fingerprint comparison.

5. On October 6, 2017, Alfredo Vargas Vega was advised of his constitutional rights. Vargas Vega freely and willingly agreed to provide a statement under oath. Vargas Vega stated that his true and complete name is Alfredo Vargas Vega and that he is a citizen of Mexico. Vargas Vega stated that he illegally entered the United States at or near "cerro-monte," around eight (8) months ago, without inspection by an immigration officer. Vargas Vega further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 18, 2017, Alfredo Vargas Vega, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about April 5, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on September 18, 2017, at or near Phoenix, in the District of Arizona, Alfredo Vargas Vega, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 6th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge